■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD BRADY, Appellant.—Appeal by defendant from a judgment of the County Court, Nassau County, rendered June 9, 1977, convicting him of criminal possession of a controlled substance in the third degree, upon a jury verdict, and imposing sentence. Judgment affirmed. The repetition of questions propounded by the prosecutor after the Trial Judge directed him to desist was improper and should not be repeated. Hopkins, J. P., Suozzi, Rabin and Shapiro, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EUGENE COMBS, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Queens County, rendered August 18, 1976, convicting him of robbery in the first degree, upon a jury verdict, and imposing sentence. Judgment reversed, on the law and as a matter of discretion in the interest of justice, and new trial ordered (see *People v Byrdsong,* 58 AD2d 877, which involved the appeal of the appellant's codefendant). Shapiro, J. P., Cohalan, Margett and O'Connor, JJ., concur.